**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

SIDNEY MARTS,

    Plaintiff,

v.                                                                                CASE NO. 5:11cv285-MP/EMT

ALBERT YU, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 30, 2011.  (Doc. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's Complaint (doc. 1) is **DISMISSED** without prejudice as malicious, pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).  The dismissal of this case shall count as a strike pursuant to 28 U.S.C. § 1915(g).

    **DONE and ORDERED** this 5th day of December, 2011.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS
                                                  CHIEF UNITED STATES DISTRICT JUDGE**